UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REGIONS BANK d/b/a REGIONS )
MORTGAGE, )
)
Plaintiff, ) Case No. CV411-104
)
JAMES ALLEN ZOW, )
VERONICA D. ZOW, and )
WELLS FARGO BANK, N.A., a )
California Corporation, successor in )
interest to WACHOVIA BANK, N.A. )
)
Defendants. )

## ORDER

Defendant James Allen Zow moves to vacate a portion of the Court's prior order directing the Marshal to effect personal service on him. (Doc. 17 (motion); doc. 15 (order).) He objects to a footnote referencing problems in serving Zow in another case. (Doc. 15 at 1 n.1, *citing Rigdon v. Georgia Bd. of Regents*, No. CV406-240, doc. 51 (S.D. Ga. Jan. 1, 2009).) The footnote references a freely-available public record. There is nothing scandalous or improper in that order, and referencing it will not lead to any prejudice against Zow in this case. Zow's motion to vacate (doc. 17) is therefore **DENIED**.

**SO ORDERED** this 9th day of November, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA