UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| REGIONS BANK d/b/a REGIONS MORTGAGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV411-104 |
| JAMES ALLEN ZOW, VERONICA D. ZOW, and WELLS FARGO BANK N.A., a California Corporation, successor in interest To WACHOVIA BANK, N.A., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Defendants James Allen Zow, Sr. and Veronica D. Zow ("defendants") have highlighted plaintiff's lack of diligence in prosecuting this case. For instance, they move to strike plaintiff's response to their motion to dismiss based upon its failure to timely submit forms required by Fed. R. Civ. P. 7.1 and S.D. Ga. LR 3.2. (Doc. 24.) Plaintiff has since submitted the forms, but it filed them along with its late response to defendants' motion. (Docs. 29 & 30.) Consequently,

it requests permission to file its response to defendants' motion out of time. (Doc. 32.) Plaintiff also requests permission to file an amended response to defendants' motion to dismiss. (Doc. 22.) While it timely responded to defendants' motion to dismiss, it did so by the skin of its teeth by filing it at five minutes before midnight. (Doc. 21.) The next day, counsel "realized that additional briefing of the law would be beneficial to the Court."[1] (Doc. 22 at 2.)

None of plaintiff's slips have been prejudicial or have substantially delayed the proceedings. Hence, the Court **GRANTS** its motions (docs. 22 and 32) and **DENIES** defendants' motion to strike. (Doc. 24.) Plaintiff is warned, however, that the Court will not be so forgiving in the future. If plaintiff fails to respond to any further defense motion in a timely manner, the motion will be treated as unopposed. S.D. Ga. LR 7.5. Moreover, the Court will treat any future missed deadline as neglect of this Order and will consider dismissing the case pursuant to S.D. Ga. LR 41.1 for want of prosecution. Plaintiff's counsel are further advised

---

[1] Defendants have also moved to compel plaintiff to attend a Fed. R. Civ. P. 26(f) conference. (Doc. 35.) The Court will not consider that motion until plaintiff's response deadline has elapsed. Additionally, defendants are advised that the Court reserves the additional sanctions mentioned in text for issues that arise *after* the Rule 26(f) conference issue is resolved.

that the Court will not hesitate to exercise its authority to discipline them under S.D. Ga. LR 83.5 should they continue to prosecute this action without all due diligence.

**SO ORDERED** this ___22nd___ day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA