UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| REGIONS BANK d/b/a REGIONS MORTGAGE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV411-104 |
| JAMES ALLEN ZOW, VERONICA D. ZOW, and WELLS FARGO BANK N.A., a California Corporation, successor in interest To WACHOVIA BANK, N.A., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On August 6, 2012, the Court administratively denied a series of motions and counter-motions in a paper war between defendants James and Veronica Zow and plaintiff Regions Bank. (Doc. 118.) The dispute revolved around the Zows' insistence that plaintiff's counsel should be sanctioned.[1] (*Id.* at 2; doc. 50.) In order to simplify the matter, the Court instructed the Zows to file a single brief summarizing their position as to the sanctions matter within 14 days, and it allowed

---

[1] Although the case had already been dismissed, the sanctions issue was referred to the undersigned. (Doc. 112.)

14 days to respond. (Doc. 118 at 2.) The Zows have utterly failed to comply with that order. Not only was their brief filed two days late, it incorporated by reference their prior motion in a blatant attempt to bypass the order's clear intent. (Doc. 127 at 4.) Moreover, the brief itself is largely comprised of unsupported accusations against plaintiff's counsel and the Court itself.[2] Since the Zows failed to comply with the Court's re-briefing order, and since their brief borders on the frivolous, their request for sanctions against plaintiff's counsel is **DENIED**.

**SO ORDERED** this  8TH  day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] They fault the Court for: (1) "allowing" plaintiff to mismanage its case, (2) exercising the inherent authority to police its docket by ordering re-briefing, and (3) refusing to issue an advisory opinion clarifying their rights. (Doc. 127 at 1 n.1; *id.* at 5, 7.)